

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2022

No. 04-22-00134-CV

**IN RE ARS SPECIALTY CONTRACTORS, LLC** d/b/a Garren Construction, Elizabeth Yetman Chavez, and Ramiro Chavez, Relators

Original Proceeding[1]

### ORDER

In accordance with this court's memorandum opinion of this date, relators' petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 17, 2022 is lifted.

It is so **ORDERED** on September 7, 2022..

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021CI20699, styled *ARS Specialty Contractors, LLC d/b/a Garren Construction v. Central Texas Express Metalwork, LLC d/b/a Express Contracting and Kara Clayton*, which was consolidated with Cause No. 2021CI121753, styled *Central Texas Express Metalwork, LLC d/b/a Express Contracting v. ARS Specialty Contractors, LLC d/b/a Garren Construction, Elizabeth Yetman Chavez, and Ramiro Chavez*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.